■ DAVID RICKICKI et al., Respondents, v BORDEN CHEMICAL, DIVISION OF BORDEN, INC., et al., Defendants, and U.S. SILICA

Company, Respondent. Unimin Corporation, Third-Party Plaintiff-Respondent, v Dexter-Hysol, Inc., Third-Party Defendant-Appellant. C-E Minerals Combustion Engineering, Inc., Third-Party Plaintiff-Respondent, v Dexter-Hysol, Inc., Third-Party Defendant-Appellant. Durr Associates, Third-Party Plaintiff, v Dexter-Hysol, Inc., Third-Party Defendant. Harbison-Walker Refractories, Division of Dresser Industries, Inc., Third-Party Plaintiff-Respondent, v Dexter-Hysol, Inc., Third-Party Defendant-Appellant. [668 NYS2d 522] —Order unanimously affirmed with costs (*see, Matie v Sealed Air Corp.*, 242 AD2d 863). (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—Dismiss Pleading.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.